# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*

**Nov 01, 2017**

*SEAN F. McAVOY, CLERK*

Amalgamated Transit Union Local 1015,

)
*Plaintiff* )
v. )  Civil Action No. 2:17-cv-00053-JLQ
)
Spokane Transit Authority, )
)
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Order Re: Permanent Injunction and Directing Entry of Judgment (ECF No. 52). Judgment entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge JUSTIN L QUACKENBUSH without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 11/1/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez